# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| WARREN HAYES, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00283-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2017 Memorandum of Decision and Order.

March 7, 2017

Frank G. Johns, Clerk
United States District Court